**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court  
Check #.: **1102470**  
Date: 11/06/2015  

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1588888 | 00000 | JohnTalton Adjustment<br>Original Check written to:<br>SANDRA I. JOHNSON<br>PO BOX 6234<br>BEAUMONT, TX,   77725 | 13-10533 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| | | TOTALS | | 0.00 | 1,000.00 | 0.00 | 1,000.00 |